IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENT GARVEY, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>JAMES ARKOOSH, SAMUEL BELZBERG, PETER KLEIN AND DIOMED HOLDINGS, INC,<br><br>Defendant. | CIVIL ACTION NO. 1:04CV10438 RGS |

## NOTICE OF APPEARANCE

Pursuant to local Rule 83.5.2, please enter my appearance on behalf of Defendants Peter Klein and Diomed Holdings, Inc. in the above-identified action.

Respectfully submitted,

Dated: July 12, 2004

James J. Foster (BBO #553285)
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Federal Reserve Plaza
Boston, MA 02210
Tel.: (617) 646-8000
Fax: (617) 646-8646

807417.1

## CERTIFICATE OF SERVICE

I hereby certify that true copy of the Notice of Appearance of James J. Foster was served on July 12, 2004 by First-Class mail upon the following counsel:

Laurence Rosen, Esq.
The Rosen Law Firm, P.A.
350 Fifth Avenue, Suite 5508
New York, NY 10001
Tel. #: (212) 686-1060

Scott P. Lopez, Esq.
Law Office of Scott P. Lopez
24 School Street, 8th Floor
Boston, MA 02108
Tel. #: (617) 742-5700

*[signature]*

793892.1