IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENT GARVEY, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>JAMES ARKOOSH, SAMUEL BELZBERG, PETER KLEIN AND DIOMED HOLDINGS, INC,<br><br>Defendant. | CIVIL ACTION NO. 1:04CV10438 RGS |

## MOTION FOR ADMISSION PRO HAC VICE

As counsel for Defendants Peter Klein and Diomed Holdings, Inc., I move this Court, pursuant to Local Rule 83.5.3(b), to permit Brian E. Pumphrey (an attorney with the law firm of McGuireWoods, LLP, having its offices at One James Center, 901 East Cary Street, Richmond, VA 23219) to appear and practice in this case. My grounds for this motion are:

1. My Notice of Appearance is being filed with this motion. See Local Rule 83.5.3(b)(3).

2. Attorney Pumphrey sets forth in his accompanying Declaration that (a) he is a member in good standing of the bar in every jurisdiction in which he has been admitted to practice; (b) there are no disciplinary matters pending against him; and (c) he is familiar with the local rules of this Court.

I request that Attorney Pumphrey be granted permission to represent Defendants Peter Klein and Diomed Holdings, Inc. in this action.

806131.1

Respectfully submitted,

Date: July 12, 2004

_____
James J. Foster (BBO #553285)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Federal Reserve Plaza
Boston, MA  02210
Tel.: (617) 646-8000
Fax: (617) 646-8646