UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10438-RGS

KENT GARVEY, on behalf of himself and
all others similarly situated

v.

JAMES ARKOOSH, SAMUEL BELZBERG,
PETER KLEIN and DIOMED HOLDINGS, INC.

ORDER ON MOTION FOR
RECONSIDERATION

July 27, 2004

STEARNS, D.J.

Counsel having responded to the court's Order of July 21, 2004, by submitting a showing of compliance with the notice requirements of the PSLRA, and by defining more precisely the qualifications of the proposed lead plaintiff, the motion to reconsider will be ALLOWED.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE