UNITED STATES DISTRICT COURT
DISTRICT OF MASSECHUSSETTS

| | |
|---|---|
| Kent Garvey, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s),<br><br>James Arkoosh, Samuel Belzberg, Peter Klein and Diomed Holdings, Inc.,<br><br>Defendants. | Master File No. 1:04-cv-10438-RGS<br><br>Honorable Richard G. Stearns<br><br>Stipulated Scheduling Order<br><br>CLASS ACTION |

## REVISED STIPULATED SCHEDULING ORDER

WHEREAS, the Court having granted Lead Plaintiffs' motion for extension of time to serve the summons and complaint upon James Arkoosh and Samuel Belzberg;

WHEREAS, Lead Plaintiffs have now served all Defendants; and

The Parties desire to arrange an efficient schedule for the filing of a motion to dismiss the consolidated amended complaint to avoid piecemeal adjudication thereof.

THEREFORE, it is hereby ordered as follows:

1. Lead Plaintiffs shall file and serve an amended complaint no later than 30 days from the entry date of this Order.

2. Defendants shall file and serve their motion to dismiss or otherwise respond to the amended complaint no later than 45 days after service of the amended complaint on their counsel.

3. Lead Plaintiffs shall have 30 days after service of any motion to dismiss to file and serve opposition papers thereto.

4.  Defendants shall have 15 days to file and serve a reply memorandum of law in support of any motion to dismiss the amended complaint filed by Defendants.

IT IS SO ORDERED this ___ day of _____, 2004:


_____
Richard G. Stearns, United States District Judge



_____
Scott P. Lopez, BBO# 549556
Tara M. Swartz, BBO# 652600
Law Office of Scott P. Lopez
24 School Street, 8th Floor
Boston, Massachusetts 02108
Telephone: (617) 742-5700
Facsimile: (617) 742-5715
lopez@lopezlaw.com

Liaison Counsel for Plaintiffs

THE ROSEN LAW FIRM, P.A.
Laurence Rosen
The Rosen Law Firm, P.A.
350 Fifth Avenue, Suite 5508
New York, NY 10118
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
lrosen@rosenlegal.com

Lead Counsel for Plaintiffs


_____
James Foster, BBO# 553285
Wolf, Greenfield & Sacks, PC
600 Atlantic Avenue
Boston, Massachusetts 02210
Telephone: (617) 720-3500
Facsimile: (617) 720-2441
jfoster@wolfgreenfield.com

Of counsel:

Charles Wm. McIntyre*
McGuireWoods LLP
Washington Square
1050 Connecticut Avenue N.W., Suite 1200
Washington, DC 20036-5317
Telephone: (202) 857-1700
Facsimile: (202) 857-1737
cmcintyre@mcguirewoods.com

Brian E. Pumphrey
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 775-7745
Facsimile: (804) 698-2018
bpumphrey@mcguirewoods.com

Counsel for Diomed Holdings, Inc. and Peter Klein

*Admitted Only in Virginia