%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

 

V.

SUMMONS IN A CIVIL CASE

**04 10438 RGS**

CASE NUMBER:

TO: (Name and address of Defendant)

James Arkoosh
65227 E. Emerald Ridge Drive
Tucson, AZ 85739-1434

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Scott P. Lopez
24 School Street, 8th floor
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    MAR 4 2004

CLERK                                           DATE

(By) DEPUTY CLERK

AFFIDAVIT OF SERVICE OF PROCESS BY PRIVATE PERSON    H&C FILE NUMBER:
MASSACHUSSETTS DISTRICT COURT                         128040/4265
 COUNTY, STATE OF ~~ARIZONA~~ Massachussetts
04 10438 RGS CAUSE NO.
                                                    State Bar No.:
KENT GARVEY, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED
vs.
JAMES ARKOOSH, ET AL.

STATE OF ARIZONA    ss.
County of Pima

The undersigned, being sworn, states:  That I am a registered private process server in the county of PIMA, and an Officer of the Court.

On 07/14/04, I received the Summons In A Civil Case, Complaint from ROSEN LAW FIRM, P.A. and in each instance I personally served a copy of each document listed above on those named below in the manner and at the time and place shown, that all services, except where noted were made within ~~Pima~~ Pinal County, Arizona.

Upon JAMES ARKOOSH personally, on 07/17/04 at 6:58pm at 65227 E. EMERALD RIDGE DR., SADDLEBROOKE, AZ .

Subscribed and sworn to before me

Affiant
            07/21/04  BOBBY CANDELARIA, ACPS

My commission expires: 10-06-05

Notary Public

$  16.00  Service Of Proc
$  40.00  OOT Service Mil
$   8.00  Affidavit/Notar
$  64.00  TOTAL

OFFICIAL SEAL
STEPHANIE C. MADRID
NOTARY PUBLIC - State of Arizona
PIMA COUNTY
My Comm. Expires Oct. 6, 2005





HAWKINS & CAMPBELL TUCSON, INC.
373 South Main Avenue
Tucson, Arizona 85701
Telephone: (520) 628-9737