AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _Massachussets_

V.

SUMMONS IN A CIVIL CASE

**04 10438 RGS**

CASE NUMBER:

TO: (Name and address of Defendant)

Samuel Belzberg
3711 Alexandra St.
Vancouver, BC 46J 4C3

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Scott P. Lopez
24 School Street, 8th floor
Boston, MA 02108
Tel: 617-742-5700

an answer to the complaint which is served on you with this summons, within _Twenty_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  MAR 4 2004

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorite soussignee a l'honneur d'atiesier conformiment 'a l'article 6 de ladite Convention.*

1) that the document has been served *
*1. que la demande a execute*
  -the (date) -le (date)
  -at (place, street, number) -a (loralni. rue numbo)

July 20/04     10:30 a.m.
#2600 - 1075 West Georgia St.
Vancouver, B.C.

--in one of the following methods authorized by article 5-
*--ons une desjormes suivanies privues it l'article 5*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
  *a) selon les formes agales (artirle 5. alinea premier, letire a)*

☐ (b) in accordance with the following particular method:
  *b) selon lojorme particuliere suivante:* _____

☑ (c) by delivery to the addressee, who accepted it voluntarily.*
  *c) par remijesiniple*

AC

The documents referred to in the request have been delivered to:  Samuel Belzberg
*Les documents mentionnes dans la demande ont ete remis a*

  -(identity and description of person)
  *-fidentai ei qualit; de la pervonne)*
  5'9 White Male, 65' glasses, heavy build, white hair

  -relationship to the addressee family, business or other
  *-liens de parente de subordination ou outres. avec le desitruiraire de l'acte*
  President

2) that the document has not been served, by reason of the following facts*:
*2. que la demande ri'a pas ete executee, en raison des faits suivants:*
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in The attached statement*
*Conformement a l'article 12. alinea 2, de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint.*

**Annexes**
*Annexes*

**Documents returned:**
*pieces renvoyees*
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas echeant, les documents justificatifs de l'execution:*
_____

Done at Vancouver, B.C., the 20th
Fait 'a July, 2004        , le

Signature and/or stamp.
*Signature et/ou cachet.*