

**OTC** Discover Tomorrow's Winners's

PROFILES

Current Profile

Search Editions

Profile Archives

Trading Alerts

Alerts Tracker

COMMENTARY

Dr. Richard Geist
of Harvard University
on the Psychology
of Investing

OTC BB
Info & Stats

Rules For
Successful
MicroCap
Investing

Newsletter
Archives in
Chronological
Order

ARCHIVE

Swing Picks
NEW

Subscribe to OTC Journal Newsletter E-mail:     [Go]

☐ Free Subscription to OTC Journal

# OTC Journal Newsletter

### Discover Tomorrow's Winners

## [ February 27, 2002 ]          [ Volume V, Issue 13 ]

Email : info@otcjournal.com
URL : http://www.otcjournal.com/

Get a Quick Quote

Enter a
ticker:

Ticker Tour ←

Change/Remove
Your E-mail

Feedback

Testimonials

What is a
Reverse Merger?

EDUCATION

*To OTC Journal Members:*

All Quotes Delayed
20 Minutes and
Provided by
StockGroup

### ➡ Diomed (AMEX: DIO) Makes Major Announcement After the Close

Just after the market closed today and on the heels of a stabilizing day in the stock, **Diomed** came out with a surprise news release concerning a new product release.

The company announced the release of the first laser system on the market which jointly treats both large varicose veins and the small, unsightly spider veins.

This condition affects an estimated 25% of women world wide. The cosmetic market for this product is estimated in the $400 million to $1 billion range, and Todd Pitcher, analyst with Equity Securities, believes the company can eventually gain a minimum of 10% market penetration.

Today's announcement, which came out after the market closed, expands the companies product line, and makes Diomed the first company to market this dual purpose device.

Here is the complete text of the press release for your review:

Wednesday February 27, 5:19 pm Eastern Time
Press Release
SOURCE: Diomed, Inc.

## Diomed Begins Marketing First Laser System to Treat Both Varicose Veins (EVLT(TM)) and Spider

# <u>Veins</u>

ANDOVER, Mass., Feb. 27 /PRNewswire-FirstCall/ -- Diomed, Inc. (Amex: DIO - news), a provider of clinical modalities used in minimal and micro-invasive medical procedures, announced today it has released the first FDA-cleared, combined laser system that treats vascular lesions (including ``spider veins'') and varicose veins.

Diomed announced earlier this year it had gained FDA clearance to market EVLT(TM) (EndoVenous Laser Treatment), the first minimally-invasive, laser- based varicose vein treatment available in the US that effectively and safely eliminates varicose veins without hospitalization, general anesthesia, or the risks associated with open surgical procedures. Having also gained FDA clearance for the D15plus and D30plus laser systems and handpieces, the company is now the first to offer one versatile laser system that can be used for multiple vascular applications - EVLT and the treatment of spider veins.

``This is important news for practitioners offering vascular treatments, and for their patients,'' commented Steven E. Zimmet, MD, Officer of the American College of Phlebology. ``A single laser system that can be used for both varicose and spider vein treatments should make the procedures more accessible to more patients.''

Wade Fox, Diomed Vice-President of Sales and Marketing said, ``With EVLT, we were the first to offer a laser-based minimally-invasive treatment to eliminate varicose veins. Now we're pleased to be the first to offer a laser system that can be used both for EVLT and for vascular lesions.''

The Diomed D15plus and D30plus laser systems are now available on the market. Please visit www.diomedinc.com for more information.

Diomed provides clinical modalities and specializes in the development and distribution of equipment and disposable items used in minimal and micro-invasive medical procedures. In developing and marketing its innovative clinical solutions, it uses proprietary technology and aims to secure strong commercial advantages over its competitors by gaining governmental approvals in advance of others and through exclusive commercial arrangements. To participate in the rapidly growing minimal and micro-invasive medical procedure industry, Diomed seeks to integrate disposables into its product lines. Diomed holds proprietary technology in certain methods of synchronizing diode light sources and in certain optical fibers. Diomed focuses on photodynamic therapy (PDT) for use in cancer treatments, EndoVenous Laser Treatment (EVLT(TM)) for use in varicose vein treatments, and on dental and general surgical applications.

For more information about Diomed, Inc., please visit www.diomedinc.com.

SOURCE: Diomed, Inc.

## For a  free due diligence package on Diomed Inc call Investor Relations toll free at 1-888-400-0643.

Charts Provided Courtesy Of TradePortal.com

The OTC Journal is a proud partner of the SwingWire.com Online Investment Community. A next generation **Online Analyst Exchange** providing Members the ability to search, review, track and monitor some of the **Internet's best Online CAs (CyberAnalysts)**. Members have the opportunity to potentially achieve higher returns by viewing top performing portfolios and receiving real-time alerts from favorite CAs.

SwingWire.com also has a lucrative incentive model for experienced investors and traders who consistently outperform the market. Share market ideas with other like-minded investors, establish a proven track record, provide insightful commentary, attract followers and ultimately become one of the Internet's highest paid and most sought after CyberAnalysts!

Click here to receive your FREE 30-Day Trial Membership with no further obligation. Sign Up Today!

### Disclaimer

The OTCjournal.com Newsletter is an independent electronic publication committed to providing our readers with factual information on selected  publicly traded companies. All companies are chosen on the basis of certain financial analysis and other pertinent criteria with a view toward  maximizing the upside potential for investors while minimizing the downside risk, whenever possible.  Moreover, as detailed below, this publication accepts compensation from certain of the companies which it features. Likewise, this newsletter is owned by MarketByte, LLC.  To the degrees enumerated herein,  this newsletter should not be regarded as an independent publication.

Click Here to view our compensation on every company we have ever covered, or visit the following web address:  http://www.otcjournal.com/disclaimer.html for our full profiles and http://www.otcjournal.com/trading-alerts/disclaimer.html for Trading Alerts.

MarketByte LLC has been paid a fee of $100,000 in cash and 250,000 options convertible into free trading shares, exercisable at $3.50, by the Mohammed Patel, an individual, for publishing information on Diomed Corp for a period of one year. Please review our policy on selling shares found in our Mission Statement on our home page.

All statements and expressions are the sole  opinions of the editors and are subject to change without notice. A profile, description, or other mention of a company in the newsletter is neither an offer nor solicitation to buy or sell any securities  mentioned. While we believe all sources of information to be factual and reliable, in no way do we represent or guarantee the accuracy thereof, nor the statements made herein.

The editor, members of the editor's family, and/or entities with which they are affiliated, are forbidden by company policy to own, buy, sell or otherwise trade stock for their own benefit in the companies who appear in the publication unless specifically disclosed in the newsletter.

The profiles, critiques, and other editorial content of the OTCjournal.com may contain forward-looking statements relating to the expected capabilities of the companies mentioned herein.

THE READER SHOULD VERIFY ALL CLAIMS AND DO THEIR OWN DUE DILIGENCE BEFORE INVESTING IN ANY SECURITIES MENTIONED. INVESTING IN  SECURITIES IS SPECULATIVE AND CARRIES A HIGH DEGREE OF RISK. THE INFORMATION FOUND IN THIS PROFILE IS PROTECTED BY THE COPYRIGHT LAWS OF THE UNITED STATES AND MAY NOT BE COPIED, OR REPRODUCED IN ANY WAY WITHOUT THE EXPRESSED, WRITTEN  CONSENT OF THE EDITORS OF OTCjournal.com.

We encourage our readers to invest carefully and read the investor information available at the web sites of  the Securities and Exchange Commission ("SEC") at http://www.sec.gov/and/or the National Association of Securities Dealers ("NASD") at http://www.nasd.com/. We also strongly recommend that you read the SEC advisory to investors concerning Internet Stock Fraud, which can be found at http://www.sec.gov/consumer/cyberfr.htm. Readers can review all public filings by companies at the SEC's EDGAR page. The NASD has published information on how to invest carefully at its web site.

## Unsubscribe Here

Unsubscribe

You can unsubscribe from this list at any time by Clicking Here and **HITTING SEND**. If you are having difficulty removing yourself or wish to change your address please go to http://listserv.otcjournal.com/opt.cgi?.



About Us - Are Microcaps For You? - Disclaimer - Current Profile - Profile Archives

System response and account access times may vary due to market conditions, system performance, and other factors.
Copyright © 1999 Market Byte, LLC Corp. All rights reserved.

dsgn/develop by
Levelogic