UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Kent Garvey, on behalf of himself and all others similarly situated,<br><br>    Plaintiff(s),<br><br>James Arkoosh, Samuel Belzberg, Peter Klein and Diomed Holdings, Inc.,<br><br>    Defendants. | Master File No. 1:04-cv-10438-RGS<br><br>MOTION FOR ADMISSION PRO HAC VICE<br><br>CLASS ACTION<br><br>FILING FEE PAID:<br>RECEIPT #_____<br>AMOUNT $_____<br>BY DPTY CLK_____<br>DATE _____ |

## MOTION TO ADMIT LAURENCE ROSEN PRO HAC VICE

As counsel for plaintiffs in the above-captioned matter I, Scott P. Lopez, a member in good standing of the Massachusetts Bar and the United States District Court, District of Massachusetts, hereby move this Honorable Court, pursuant to Local Rule 83-5.3(b), to permit Laurence Rosen, to appear and practice in this case.

In support of this motion, I submit, upon information and belief, that Mr. Rosen is a member in good standing of the bar of every jurisdiction in which he has been admitted to practice, there are no disciplinary matters pending against him, and he is familiar with the Local Rules of this Court.

Mr. Rosen's Declaration in support of this motion is attached hereto as Exhibit A.

WHEREFORE, I respectfully request that the Court grant this motion and permit Mr. Rosen to appear and practice in this case.

1

DATED: July 19, 2004                    LAW OFFICE OF SCOTT P. LOPEZ

                                        _____
                                        Scott P. Lopez
                                        Law Office of Scott P. Lopez
                                        24 School Street
                                        8th Floor
                                        Boston, Massachusetts 02108
                                        Telephone: (617) 742-5700
                                        Facsimile: (617) 742-5715
                                        lopez@lopezlaw.com