IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENT GARVEY, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES ARKOOSH, SAMUEL BELZBERG, PETER KLEIN AND DIOMED HOLDINGS, INC.,<br><br>　　　　Defendant. | CIVIL ACTION NO. 1:04CV10438 RGS |

## DEFENDANTS' MOTION FOR LEAVE TO FILE AN EXTENDED BRIEF AND TO FILE A REPLY BRIEF

For the reasons set forth in the accompanying memorandum, Defendants Diomed Holdings, Inc. and James Arkoosh (collectively, "Defendants"), by counsel, respectfully request leave of Court to file a brief in support of their motion to dismiss that is no longer than 30 pages in length and to file a reply brief.

Pursuant to Local Rule 7.1(A)(2), Defendants' counsel states that it has conferred with counsel for Plaintiffs, who does not oppose this motion.

Respectfully submitted,

JAMES ARKOOSH and
DIOMED HOLDINGS, INC.

By Counsel,


/s/ James J. Foster
James J. Foster (BBO #553285)
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210-2206
617.646.8000 (phone)
617.646.8646 (fax)

Of Counsel:

Charles Wm. McIntyre (VSB# 27480)
McGuireWoods LLP
Washington Square
1050 Connecticut Avenue, N.W., Suite 1200
Washington D.C. 20036
202.857.1742 (phone)
202.828.2967 (fax)

Brian E. Pumphrey (VSB# 47312)
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
804.775.7745 (phone)
804.698.2018 (fax)

Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the above document was served by first-class mail to:

Laurence Rosen, Esq.
The Rosen Law Firm, P.A.
350 Fifth Avenue, Suite 5508
New York, New York 10001

counsel for Plaintiffs, on October 1, 2004.

/s/ James J. Foster