IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENT GARVEY, ALBERT OVERHAUSER, JAMES T. MARSH, ROGER E. BUCK, and THOMAS LOVELESS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES ARKOOSH AND DIOMED HOLDINGS, INC.,<br><br>    Defendants. | Civil Action No. 1:04CV10438 (RGS) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), Defendant Diomed Holdings, Inc. has no parent corporations or any publicly held company owning 10 percent or more of its stock. Diomed Holdings, Inc. is a Delaware corporation with its principal office at One Dundee Park, Suite 5/6, Andover, MA.

        JAMES ARKOOSH and
        DIOMED HOLDINGS, INC.

        By its attorney,

Dated: October 21, 2004        /s/ James J. Foster
        James Foster (BBO #553285)
        jfoster@wolfgreenfield.com
        Wolf, Greenfield & Sacks, P.C.
        600 Atlantic Avenue
        Boston, Massachusetts 02210-2206
        617.646.8000 (phone)
        617.646.8646 (fax)

Of Counsel:

Charles Wm. McIntyre (VSB# 27480)
McGuireWoods LLP
Washington Square
1050 Connecticut Avenue, N.W., Suite 1200
Washington D.C. 20036
202.857.1742 (phone)
202.828.2967 (fax)

Brian E. Pumphrey (VSB# 47312)
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
804.775.7745 (phone)
804.698.2018 (fax)

Counsel for Defendants