IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENT GARVEY, ALBERT OVERHAUSER, JAMES T. MARSH, ROGER E. BUCK, and THOMAS LOVELESS, on behalf of themselves and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>JAMES ARKOOSH AND DIOMED HOLDINGS, INC.,<br><br>      Defendants. | Civil Action No. 1:04CV10438 (RGS) |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that Exhibits 1 through 6 to Defendants' Memorandum in Support of Their Motion to Dismiss have been manually filed with the Court and are available in paper form only.

The original documents are maintained in the case file in the Clerk's Office.

Dated: October 21, 2004

Respectfully submitted,

JAMES ARKOOSH and
DIOMED HOLDINGS, INC.
By Counsel

/s/ James J. Foster
James Foster (BBO #553285)
jfoster@wolfgreenfield.com
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210-2206
617.646.8000 (phone)
617.646.8646 (fax)

Of Counsel:

Charles Wm. McIntyre (VSB# 27480)
McGuireWoods LLP
Washington Square
1050 Connecticut Avenue, N.W., Suite 1200
Washington D.C. 20036
202.857.1742 (phone)
202.828.2967 (fax)

Brian E. Pumphrey (VSB# 47312)
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
804.775.7745 (phone)
804.698.2018 (fax)

Counsel for Defendants