UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENT GARVEY, ALBERT OVERHAUSER, JAMES T. MARSH, AND THOMAS LOVELESS, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>JAMES ARKOOSH AND DIOMED HOLDINGS, INC.,<br><br>Defendants. | Master File No. 1:04-cv-10438 (RGS)<br><br>Declaration of Laurence Rosen, Esq. In Support of Request of Judicial Notice –Opposition to Motion To Dismiss |

I, Laurence M. Rosen, hereby declare under penalty of perjury:

1.  I am a member of The Rosen Law Firm P.A., Lead Counsel in this action. I make this declaration based upon my own personal knowledge and in support of Lead Plaintiffs Memorandum in Opposition to the Motion to Dismiss the Amended Complaint.

2.  Attached hereto is a true and correct copy of the daily stock trading data for Diomed Holdings, Inc. that I obtained from Wallstreetcity.com for the period from February 14, 2002 through March 22, 2002.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on November 19, 2004, at New York, New York.

_____
Laurence M. Rosen, Esq.