DIOMED HOLDINGS, INC. STOCK TRADING DATA
FOR PERIOD FROM FEB. 14, 2002 THROUGH MARCH 22, 2002
(Source: Wallstreetcity.com)

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 2/14/2002 |  | 1.375 | 1.375 | 1.375 |  |
| 2/15/2002 |  | 1.375 | 1.375 | 1.375 |  |
| 2/19/2002 | 9 | 9 | 5.45 | 6 | 734,500 |
| 2/20/2002 | 6.15 | 6.43 | 5.75 | 6.25 | 362,400 |
| 2/21/2002 | 6.31 | 7 | 6.1 | 6.99 | 693,200 |
| 2/22/2002 | 6.31 | 7 | 6.1 | 6.99 | 484,900 |
| 2/25/2002 | 8 | 8.6 | 7.85 | 8.14 | 456,200 |
| 2/26/2002 | 8.24 | 8.25 | 6.95 | 7.3 | 259,900 |
| 2/27/2002 | 7.39 | 7.75 | 7.25 | 7.3 | 268,100 |
| 2/28/2002 | 7.7 | 7.7 | 6.79 | 7 | 320,700 |
| 3/1/2002 | 7.04 | 7.05 | 6 | 6.3 | 342,800 |
| 3/4/2002 | 6.3 | 7.2 | 6.3 | 7.01 | 311,100 |
| 3/5/2002 | 7.01 | 7.2 | 6.71 | 7.2 | 174,600 |
| 3/6/2002 | 7.2 | 7.4 | 6.95 | 7.39 | 138,800 |
| 3/7/2002 | 7.34 | 8.03 | 7.3 | 8 | 272,700 |
| 3/8/2002 | 8.3 | 8.85 | 8.3 | 8.8 | 240,000 |
| 3/11/2002 | 8.8 | 9 | 6.75 | 6.85 | 547,500 |
| 3/12/2002 | 6.8 | 7.2 | 6 | 7.15 | 565,300 |
| 3/13/2002 | 7.04 | 7.25 | 6.5 | 6.5 | 280,400 |
| 3/14/2002 | 6.6 | 6.6 | 6.2 | 6.35 | 107,800 |
| 3/15/2002 | 6.4 | 6.4 | 6.05 | 6.06 | 219,400 |
| 3/18/2002 | 6 | 6.09 | 4.8 | 5.1 | 413,500 |
| 3/19/2002 | 5.1 | 5.35 | 5.1 | 5.16 | 160,200 |
| 3/20/2002 | 5.17 | 5.17 | 4.51 | 4.79 | 161,300 |
| 3/21/2002 | 4.74 | 4.74 | 4.07 | 4.18 | 162,000 |
| 3/22/2002 | 4.3 | 4.34 | 3.86 | 4.1 | 265,500 |