UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

KENT GARVEY

    V.                              CIVIL ACTION NO. 04-10438-RGS

JAMES ARKOOSH, ET AL

# NOTICE OF HEARING

**STEARNS, DJ.**                                                                **DECEMBER 7, 2004**

    A HEARING* IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

TUESDAY, JANUARY 25, 2005 AT 3:00 P.M.

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

    SO ORDERED.

                                            RICHARD G. STEARNS
                                            UNITED STATES DISTRICT JUDGE

        BY:

                                /s/ Mary H. Johnson
                                Deputy Clerk

*TO BE HEARD: Motion to Dismiss Amended Class Action (#24).