UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**KENT GARVEY, on behalf of himself
and others similarly situated,**

          V.                    **CIVIL ACTION NO. 04-10438-RGS**

**JAMES ARKOOSH and
DIOMED HOLDINGS, INC.**

# ORDER OF DISMISSAL

**STEARNS, DJ.**                                  **FEBRUARY 15, 2005**

IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ON DEFENDANTS' MOTION TO DISMISS DATED FEBRUARY 4, 2005,

IT IS HEREBY ORDERED: THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED WITH PREJUDICE.

SO ORDERED.

                                                      **RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE**

                    **BY:**

                                                      **/s/ Mary H. Johnson
    Deputy Clerk**